■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OTIS CAMPBELL, Appellant. [719 NYS2d 899] —Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered May 10, 1999, convicting him of attempted murder in the second degree, assault in the first degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Santucci, J. P., S. Miller, Friedmann and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER COLE, Appellant. [720 NYS2d 376] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 13, 1996 (*People v Cole,* 224 AD2d 540), affirming a judgment of the Supreme Court, Kings County, rendered July 7, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Ritter, J. P., Krausman, McGinity and H. Miller, JJ., concur.